371 A.2d 223
Commonwealth v. Covington, Appellant.

Submitted June 14, 1976.  F. Emmet Ciccone, for appellant;  Mark Sendrow, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed at No. 758.

Order affirmed at No. 759.

364 A.2d 401
Commonwealth v. Crews, Appellant.

Submitted March 8, 1976.  J. Richard Oare, Jr., Assistant Public Defender, for appellant;  Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.